# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| LINDA TARLTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-209-CMS |
| | ) | |
| STATE OF MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Linda Tarlton's Motion for Temporary Restraining Order filed on December 4, 2025. ECF No. 1. Plaintiff states she is currently out on bond awaiting trial in state court. She complains about issues with search warrants in her pending state criminal case. She asks this Court to halt the state criminal proceedings against her.

A plaintiff cannot commence a lawsuit solely by filing a motion for a temporary restraining order. While Federal Rule of Civil Procedure 65 allows litigants to seek emergency relief to preserve the status quo during litigation, such a request must be accompanied by a properly filed complaint. *See* Fed. R. Civ. P. 3. A complaint must include a short, plain statement of the claim for relief, as well as a demand for relief. Fed. R. Civ. P. 8. Under Federal Rule of Civil Procedure 11, every written pleading or motion must be signed "by a party personally if the party is unrepresented." Similarly, the local rules of this Court also require that all filings be signed by the party or the party's attorney. E.D. Mo. L.R. 2.01(A)(1). In the motion here, there was only a typed name in the signature block. Plaintiff must also include the $405 civil filing fee,

or she must file an application to proceed in district court without prepaying fees or costs. E.D. Mo. Local Rule 2.01(B)(1).

If Plaintiff wishes to commence litigation in this Court based on the allegations in her motion, she must submit a complaint that follows the Federal Rules of Civil Procedure within **thirty (30) days**, and she should pay the filing fee or file an application to proceed in district court without prepaying fees or costs using the Court's forms. If Plaintiff does not wish to commence litigation, no further action is required. The case will be dismissed if no complaint is filed within thirty (30) days.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Civil Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file a complaint on the Court's form within **thirty (30) days** of the date of this Order if she wishes to start civil litigation.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send to Plaintiff a copy of its "Application to Proceed in District Court without Prepaying Fees or Costs" form.

**IT IS FURTHER ORDERED** that Plaintiff must either file an application to proceed in district court without prepaying fees or costs, or pay the full filing fee within **thirty (30) days** of the date of this order if she wishes to start civil litigation.

**If Plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice and without further notice.**

Dated this 6th day of January, 2026

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE

2