**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| LINDA TARLTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-209-CMS |
| STATE OF MISSOURI, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of the file. Plaintiff Linda Tarlton filed a motion for temporary restraining order on December 4, 2025. ECF No. 1. On January 6, 2026, the Court advised Plaintiff that a lawsuit could not be commenced solely by filing a motion for a temporary restraining order and Plaintiff was ordered to submit a complaint if she wished to commence litigation. ECF No. 5. Plaintiff's response was due by February 5, 2026. The Court advised Plaintiff that the case would be dismissed if no complaint was filed by the deadline. *Id*. To date, Plaintiff has neither responded to the Court's Order, nor sought additional time to do so. Plaintiff was given meaningful notice of what was expected, she was cautioned that the action would be dismissed if she failed to timely comply, and she was given ample time to comply. The Court will therefore dismiss this action, without prejudice, due to Plaintiff's failure to file a complaint as ordered by the Court. *See* Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this <u>11th</u> day of February, 2026.

                                                                 CRISTIAN M. STEVENS
                                                                 UNITED STATES DISTRICT JUDGE